UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-5461 PSG (RAOx) | Date | October 5, 2015 |
|---|---|---|---|
| Title | Henry Morrison, *et al.* v. Caliber Home Loans, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     Order REMANDING Case for Lack of Subject Matter Jurisdiction

      Defendants removed this action to this Court on July 17, 2015. *See* Dkt. #1. Jurisdiction was asserted on the basis of diversity jurisdiction, but the matter in controversy does not appear to exceed $75,000. On September 9, 2015, this Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of subject matter jurisdiction. *See Dkt.* #13. The OSC indicated that failure of the Defendant to respond by September 28, 2015 could result in dismissal of the action. To date, the Court has received no response from Defendant. The Court therefore REMANDS the case.

      **IT IS SO ORDERED.**